IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| RICHARD BONE<br>    Plaintiff,<br><br>vs.<br><br>NORTHROP GRUMMAN SYSTEMS and<br>UNUM PROVIDENT CORPORATION<br>    Defendants. | **MEMORANDUM DECISION AND ORDER**<br><br>Case No. 2:06-CV-0451<br><br>Judge Dee Benson |

      Before the Court is Defendant Unum Provident Corporation's motion for summary judgment, seeking the dismissal of each of Mr. Bone's claims.  Based on the plain language of the Confidential Separation Agreement and General Release (the "Release") entered into by Unum Provident and Mr. Bone on February 6, 2003, the Court GRANTS Unum Provident's motion and hereby dismisses each of Mr. Bone's claims with prejudice.

      In reaching its decision, the Court considered each of the factors constituting the circumstances and conditions under which Mr. Bone executed the Release and finds that the Release was knowing and voluntary and is therefore binding on Mr. Bone.  Torres v. Public Serv. Co., 908 F.2d 687, 689-90 (10th Cir. 1990).  By executing the Release, Mr. Bone waived and released all claims against Northrop Grumman's employee benefit plans.

      IT IS SO ORDERED.

      DATED this 20th day of August, 2007.

                                                                               Dee Benson<br>
                                                                               United States District Judge